IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | |
|---|---|
| IN RE:<br>RYAN C DAVIS<br>    Debtor | Case No. 5:22-bk-02399-MJC |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>RYAN C DAVIS<br>    Respondent | 11 U.S.C. §362 |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 174 HORSESHOE LANE, Lehighton, Pennsylvania 18235.**

Upon consideration of Motion for Relief from Automatic Stay, Freedom Mortgage Corporation (Movant), after Notice and an opportunity for a hearing, it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is GRANTED with respect to, 174 Horseshoe Lane, Lehighton, Pennsylvania 18235 (hereinafter "the Premises") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and Freedom Mortgage Corporation may immediately enforce and implement this Order granting Relief from the Automatic Stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 11, 2023